UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

| | |
|---|---|
| JEFFREY MARCUS GRAY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DAVID SHOAR, in his official capacity as Sheriff of Saint Johns County, Florida, RICKY C. DOMINGO, individually,<br>BRYAN KEITH HARRINGTON, individually,<br>RICHARD PITTMAN, individually,<br>and<br>DAVID RAMOS, individually.<br><br>Defendants. | Case No. 3:16-cv-573-J-39MCR |

## NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR SANCTIONS

Plaintiff, JEFFREY MARCUS GRAY (the "Plaintiff"), by and through the undersigned counsel, hereby withdraws *Plaintiff's Motion for Sanctions*, D.E. 17.

Dated February 6, 2017 by:    **THE BONDERUD LAW FIRM, P.A.**

*/s/ **Andrew Bonderud***
Andrew M. Bonderud, Esq.
**TRIAL COUNSEL**
Florida Bar No. 102178
301 W. Bay Street, #1433
Jacksonville, FL 32202
904-438-8082 (telephone)
904-800-1482 (facsimile)
E-Mail: BonderudLaw@gmail.com
*Counsel for Plaintiff*

1

2

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, on February 6, 2017, I filed the foregoing document with the Clerk of Court via the CM/ECF system, which will send a notice of electronic filing to Lisa Truckenbrod, Esq., Counsel for Defendants, via electronic mail (LMT@JollyLaw.com).

                                                */s/ **Andrew Bonderud***
                                                Attorney