UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

| | |
|---|---|
| JEFFREY MARCUS GRAY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DAVID SHOAR, in his official capacity as Sheriff of Saint Johns County, Florida, RICKY C. DOMINGO, individually,<br>BRYAN KEITH HARRINGTON, individually,<br>RICHARD PITTMAN, individually,<br>and<br>DAVID RAMOS, individually.<br><br>Defendants. | Case No. 3:16-cv-573-J-39MCR |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
AS TO INDIVIDUAL DEFENDANTS ONLY**

All parties who have appeared in this action, by and through their undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of all claims asserted herein against the <u>individual defendants only</u>: Ricky C. Domingo, Bryan Keith Harrington, Richard Pittman, and David Ramos.  Each party shall be responsible for their respective attorney's fees and costs.

Dated:  March 8, 2017

Respectfully submitted,

| **THE BONDERUD LAW FIRM, P.A.** | **JOLLY PETERSON & TRUCKENBROD, P.A.** |
|---|---|
| */s/ Andrew Bonderud*<br>Andrew M. Bonderud, Esq.<br>Florida Bar No. 102178<br>301 W. Bay Street, #1433<br>Jacksonville, FL 32202<br>(904) 438-8082 (telephone) | */s/ Lisa Truckenbrod*<br>Lisa Truckenbrod, Esq.<br>Florida Bar No. 132055<br>Post Office Box 37400<br>Tallahassee, FL 32315<br>850-422-0282 (telephone) |

(904) 800-1482 (facsimile)  850-422-1913 (facsimile)
E-Mail: BonderudLaw@gmail.com  lmt@jollylaw.com
*Counsel for Plaintiff*  *Counsel for Defendants*