UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JEFFREY MARCUS GRAY, an
individual,

      Plaintiff,

v.                                     Case No. 3:16-cv-573-J-39MCR

DAVID SHOAR, in his official capacity
as Sheriff of Saint Johns County,
Florida, RICKY C. DOMINGO,
individually, BRYAN KEITH
HARRINGTON, individually,
RICHARD PITTMAN, individually, and
DAVID RAMOS, individually,

      Defendants.

_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Dismissal with Prejudice as to Individual Defendants Only (Doc. No.19; Stipulation) filed on March 8, 2017. In the Stipulation, the parties indicate their agreement to dismissal of this case with prejudice of all claims asserted against the individual defendants only. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED**:

1.     Plaintiff's case as to Defendants Ricky C. Domingo, Bryan Keith Harrington, Richard Pittman and David Ramos is **DISMISSED with prejudice.**

2.     Each party shall bear its own costs and fees.

3.      The Clerk of the Court is directed to terminate Defendants Ricky C. Domingo, Bryan Keith Harrington, Richard Pittman and David Ramos from the Court docket.

**DONE** and **ORDERED** in Jacksonville, Florida this __15th__ day of March, 2017.

_____
BRIAN J. DAVIS
United States District Judge


*Copies to:*

Counsel of Record


*ap*